*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

08/17/2017

FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 17-BG-152**

IN RE ABIGAIL ASKEW

**2013 BDN 238**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Reg. No. 497703**

BEFORE:  Glickman and Beckwith, Associate Judges, and Farrell, Senior Judge.

**ORDER**
(Filed – August 17, 2017)

On consideration of the Board on Professional Responsibility's Report and Recommendation, this court's March 10, 2017, order directing respondent to show cause why she should not be suspended pending final action on the Board's report, and the response of respondent wherein she does not oppose the imposition of an interim suspension, it is

ORDERED that Abigail Askew is hereby suspended from the practice of law in the District of Columbia pending final disposition of this proceeding.  It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI, § 14 relating to suspended attorneys and D.C. Bar R. XI, § 16 (c), dealing with the timing of eligibility for reinstatement as related to compliance with R. XI, § 14, including filing of the required affidavit.

**PER CURIAM**